UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DANIEL SPARROW**,

      Plaintiff,

Case No. 1:18-cv-1068
Honorable Paul L. Maloney
Magistrate Phillip J. Green

v.

Roosevelt Park Police Chief **DAVE BOONE**, in his individual and official capacity, Roosevelt Park Police Officer, **ROB SYPIEN**, in his individual and official capacity, and the **CITY OF ROOSEVELT PARK**,

      Defendants.

---

| KLAUS LAW PLLC | LUSK ALBERTSON PLC |
|---|---|
| By:   Nicholas H. Klaus (P81076) | By:   Kevin T. Sutton (P65364) |
| *Attorney for Plaintiff* | Adam J. Walker (P80154) |
| 520 South Union Street | *Attorneys for Defendants* |
| Traverse City, Michigan  49684 | 40 Pearl Street, Suite 922 |
| (313) 757-2052 | Grand Rapids, Michigan  49503 |
| nicholas@klauslawpllc.com | (248) 988-5695 / Fax (248) 258-2851 |
| | ksutton@luskalbertson.com |
| | awalker@luskalbertson.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, I served **Defendants' Initial Disclosures,** pursuant to FED. R. CIV. P. 26(a)(1) via Electronic Mail upon:

Nicholas H. Klaus
Nicholas@klauslawpllc.com

*/s/ Kevin T. Sutton*
Kevin T. Sutton
