## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL SPARROW**,

          Plaintiff,

v.

Roosevelt Park Police Chief **DAVE BOONE**, in his individual and official capacity, Roosevelt Park Police Officer, **ROB SYPIEN**, in his individual and official capacity, and the **CITY OF ROOSEVELT PARK**,

          Defendants.

Case No. 1:18-cv-1068
Honorable Paul L. Maloney
Magistrate Phillip Green

| | |
|---|---|
| **KLAUS LAW, PLLC** | **LUSK ALBERTSON, PLC** |
| Nicholas H. Klaus (P81076) | Kevin T. Sutton (P65364) |
| Attorney for Plaintiff | Adam J. Walker (P80154) |
| 520 South Union Street | Attorneys for Defendants |
| Traverse City, Michigan  49684 | 40 Pearl Street NW, Suite 922 |
| (313) 757-2052 | Grand Rapids, Michigan  49503 |
| nicholas@klauslawpllc.com | (616) 278-0820 |
| | KSutton@LuskAlbertson.com |
| | AWalker@LuskAlbertson.com |

### <u>PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGEMENT</u>

NOW COMES Plaintiff, DANIEL SPARROW, by and through his attorneys, Klaus Law P.L.L.C., and for his **<u>acceptance</u>** of Defendants joint offer to allow judgment to be entered in Plaintiff's favor in the amount of Seven Thousand and Five Hundred Dollars ($7,500.00), including attorney's fees, as well as costs and interests accrued to date.

Plaintiff requests the Court to enter an Order of Judgment for said amount in accordance

with the provision of Federal Rule of Civil Procedure 68.

Respectfully submitted,

KLAUS LAW P.L.L.C.

*/s/ Nicholas H. Klaus*
Nicholas H. Klaus (P81076)
520 S. Union Street
Traverse City, MI 49684
313-757-2052
nicholas@klauslawpllc.com

Dated:  August 6, 2019

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I certify that on <u>August 6,2019</u>, I electronically filed the foregoing PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT with the Clerk of the Court using the ECF system which will send notification of such filing to counsel for the Defendants.

*/s/ Nicholas H. Klaus*
Nicholas H. Klaus
Attorney for Plaintiff

nicholas@klauslawpllc.com