UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL SPARROW,

    Plaintiff,

v.

DAVE BOONE, ROB SYPIEN, and
CITY OF ROOSEVELT PARK,

    Defendants,
_____/

Case No. 1:18-cv-1068

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Plaintiff's Notice of Acceptance of Defendants' Rule 68 Offer of Judgment, **JUDGMENT** is hereby entered in favor of Plaintiff and against the Defendants in the amount of $7,500.00, including attorney fees and costs accrued to date.

Date: August 7, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge